UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Siwei Luo,<br><br>            Plaintiff,<br><br>   v.<br><br>United States Citizenship and Immigration Services, et al.,<br><br>            Defendants. | 1:25-cv-01458-EPG<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

       Plaintiff Siwei Luo is proceeding *pro se* and has filed a complaint for a writ of mandamus to compel Defendants act on a pending immigration petition.

       In the complaint, Plaintiff, a resident of Salida, California, located in Stanislaus County sues the United States Citizenship and Immigration Services, the Department of Homeland Security, the Directory of the Texas Service Center, the Attorney General of the United States and the United States Attorney for the Eastern District of California. Generally, she alleges that she has a pending application to register for permanent residence that was filed more than three years ago.

       Because Plaintiff is a resident of Stanislaus County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California, *see* Local Rule 120(d), the complaint should have been filed in the Sacramento Division.

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action

will be transferred to the Sacramento Division.

     Accordingly, IT IS ORDERED that:

     1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

     2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **November 3, 2025**

/s/ Erin P. Groj

UNITED STATES MAGISTRATE JUDGE

2